Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
111 First Street
Bay City, MI 48708

Case No.: 21−20986−dob
Chapter: 13
Judge: Daniel S. Opperman.BayCity

In Re: (NAME OF DEBTOR(S))
   Charles J. Smith
   4420 Denby Drive
   Saginaw, MI 48603

Social Security No.:
   xxx−xx−1010

Employer's Tax I.D. No.:

## NOTICE OF HEARING BY TELEPHONE

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*26* − Corrected Motion to Dismiss Case Filed by Creditor Nationwide Judgment Recovery, Inc. (Cohen, Steven)

will be held on: 12/16/21 at 08:30 AM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

PLEASE CALL 1−888−557−8511, PASSCODE 1287364 FOR THIS HEARING. PLEASE KEEP YOUR TELEPHONE ON MUTE UNTIL THIS CASE IS CALLED.

Dated: 11/30/21

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court