# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>Charles J. Smith,<br><br>   Debtor(s) | Case No. 21-20986-dob<br><br>Chapter 13<br><br>Hon. Daniel S. Opperman |

### ORDER APPROVING STIPULATION TO EXTEND TIME TO FILE NON-DISCHARGEABILITY COMPLAINT

This matter comes before the Court regarding the *Stipulation to Extend Time to File Non-Dischargeability Complaint* (the "Stipulation"). The Court, having reviewed and considered the Stipulation, HEREBY ORDERS AS FOLLOWS:

1. The Stipulation is APPROVED;

2. The deadline for Nationwide Judgment Recovery, Inc. to file a Section 523 non-dischargeability complaint is extended to the later of (i) May 16, 2022; or (ii) fourteen (14) days from the date of receipt of the documents which Nationwide Judgment Recovery, Inc. has requested from the Debtor and which are listed in Exhibit 1 to the Stipulation.

**Signed on April 27, 2022**



/s/ Daniel S. Opperman
**Daniel S. Opperman**
**United States Bankruptcy Judge**