UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY

IN RE:

                                                                    Case No. 21-20986-dob

CHARLES J. SMITH,                           Chapter 7 Proceeding
        Debtor.                                     Hon. Daniel S. Opperman

_____/

ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
FOR FAILURE TO FILE SCHEDULE C ON PROPER OFFICIAL FORM

       The Clerk has brought to the Court's attention the fact that the Debtor filed a Voluntary Petition and that the Debtor has failed to file Schedule C on the proper official form.

       THEREFORE, **IT IS ORDERED** that:

1.    The 21-day period for notice of the hearing on the dismissal of the case required by F.R.Bankr.P. 2002(a)(4) is hereby shortened for cause, pursuant to F.R.Bankr.P. 9006(c), because it appears that the Debtor might be obtaining the benefits of the automatic stay to the detriment of creditors for an extended time without the intention or ability to abide by the obligations which accompany such relief.

2.    ***The Debtor and attorney for the Debtor must appear by phone on Thursday, May 26, 2022 at 1:30 p.m. and should call (888) 557-8511 and use Access Code: 1287364*** to show cause why the case should not be dismissed for cause because the Debtor has failed to file: Schedule C on the proper official form. When the parties call in, they should place their phones on mute and only take the phones off of mute when this case is called by the Court. The parties must identify themselves each time they speak. The Court prefers landline connections, but cell phone or other telephone services are allowed. Given the number of cases the Court must handle, this case may not be called at exactly 1:30 p.m. but will be called by the Court as soon as possible. Any questions should be directed to Wendy Erickson at (989) 894-8844.

       IT IS FURTHER ORDERED that if the Debtor files the required document described in (2) above and contacts the Bankruptcy Court at (989) 894-8844 to confirm compliance with this Order at least seven (7) days prior to the scheduled hearing, attendance at this hearing will be excused.

**Signed on May 12, 2022**



                               **/s/ Daniel S. Opperman**
                               **Daniel S. Opperman**
                               **United States Bankruptcy Judge**